JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUN WEST MORTGAGE COMPANY INC., <br><br> Plaintiff, <br><br> vs. <br><br> FIRST NATIONAL BANK OF PENNSYLVANIA, <br><br> Defendant. | Case No. 8:22-cv-01700-MRA (ASx) <br><br> **JUDGMENT** <br><br> Judge: Hon. Mónica Ramírez Almadani |

In this case, Plaintiff Sun West Mortgage Company, Inc. alleged claims for breach of contract and breach of implied covenant of good faith and fair dealing against Defendant First National Bank of Pennsylvania. The Court conducted a bench trial that began on November 4, 2024. On July 3, 2025, the Court issued its Findings of Fact and Conclusions of Law. ECF 88. Accordingly, the Court enters judgment as follows.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS**:

1. That Plaintiff Sun West Mortgage Company, Inc. ("Plaintiff") shall have judgment in its favor and against Defendant First National Bank of Pennsylvania ("Defendant") on Plaintiff's claims for relief for breach of the written settlement agreement, dated May 16, 2017 ("Settlement Agreement"), with respect to Loan Number #xxxxxx0145 (the "Hastings Loan");

2. That Defendant shall have judgment entered in its favor and against Plaintiff on Plaintiff's claims for relief for breach of the Settlement Agreement with respect to Loan Number #xxxxxx4089 (the "Barner Loan");

3. That Plaintiff shall recover from Defendant the amount of $511,918.55: the payoff balance of the Hastings Loan as of July 7, 2025; a copy of the payoff is attached hereto as **Exhibit A**;

4. That Plaintiff is entitled to pre-judgment interest;

5. That Plaintiff is entitled to post-judgment interest; and

//
//
//
//

6. The prevailing party, if any, is entitled to an award of attorneys' fees and costs pursuant to Paragraph 21 of the Settlement Agreement in an amount to be determined by the Court.

**IT IS SO ORDERED.**

Dated: July 10, 2025

_____
HON. MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT COURT JUDGE

# EXHIBIT A

| | |
|---|---|
| **SUN WEST MORTGAGE** | **REVERSE MORTGAGE** |
| 18303 GRIDLEY RD., CERRITOS, CA 90703 | Statement Date: 07/07/2025<br>SWMC Loan No.: 111154202400<br>Loan Type: HECM-HOME EQUITY<br>Payment Plan: Line of Credit<br>TIN / SSN: \*\*\*-\*\*-5495<br>Property Address: 34623 CHRISTANNA HIGHWAY |

*Loan Servicing Division*

| | |
|---|---|
| Local No.: | (562) 924-7884 |
| Toll-Free No.: | (800) 453-7884 |
| Fax No.: | (866) 463-2216 |
| E-Mail: | Payoff@swmc.com |

Customer Service hours:

8:30 A.M. - 5:00 P.M. Monday - Friday PT

### Ending Balance Summary

| | |
|---|---|
| Ending Balances as of: | 07/01/2025 |
| Principal Limit | $403,631.40 |
| Net Principal Limit(NPL) | ($71,452.03) |
| Net Line of Credit | ($71,452.03) |
| Repair Set-Aside | $0.00 |
| 1st Year Property Charges Set-Aside | $0.00 |
| Tax & Insurance Set-Aside | $0.00 |
| Loan Balances | |
|    Closing: | $40,226.70 |
|    Reporting Month: | July, 2025 |
|    Beginning: | $472,500.86 |
|    Ending: | $475,083.43 |

### THIS IS NOT A BILL

| | |
|---|---|
| Name: | HELEN R HASTINGS |
| Address: | 34623 CHRISTANNA HIGHWAY<br>BLACKSTONE, VA 23824- |

### PAYOFF INFORMATION

| | |
|---|---|
| (1) Loan Balance for Prior Period | $475,083.43 |
| (2) Interest on Loan Balance for Prior Period at per diem $86.2967 | $517.78 |
| (3) MIP on Loan Balance for Prior Period at 0.00% per annum | $0.00 |
| (4) Schedule Payment Amount for This Period | $0.00 |
| (5) Interest on Scheduled Payment Amount for This Period | $0.00 |
| (6) MIP on Scheduled Payment Amount for This Period at 0.00% per annum | $0.00 |
| (7) Unscheduled Draws for This Period | $0.00 |
| (8) Interest on Unscheduled Draws for This Period at per annum 6.6300% | $0.00 |
| (9) MIP on Unscheduled Draws for This Period at 0.00% per annum | $0.00 |
| (10) Servicing Fee for This Period | $35.00 |
| (11) Prepayment for This Period | $0.00 |
| (12) Interest Credit on Prepayment for This Period | $0.00 |
| (13) MIP Credit on Prepayment for This Period | $0.00 |
| Miscellaneous Servicing Fees | $36,282.34 |
| **TOTAL PAYOFF DUE AS OF** _07/07/2025_ | **$511,918.55** |